IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   Case No. 1:05 mj 38

CHRISTOPHER QUINN

JOINT MOTION FOR APPOINTMENT OF
ATTORNEY

COMES NOW counsel for the Government and the Federal Public Defender and herein move this Court for appointment of The Office of The Federal Public Defender for pre-indictment counseling and plea proffer pursuant to Federal Criminal Procedure 11. In support of this motion the undersigned attorneys state the following:

1. That, the above named individual is the target of a future grand jury proceeding, or charge by information.

2. That, the Government is interested in the individual's possible pre-indictment assistance.

3. That, to protect the integrity of a potential Government witness, as well as, to protect the individual from prosecution on the basis of his own statements it is in the best interest of justice for the individual to have appointed counsel prior to a formal charge being filed against him.

4. A financial affidavit has been prepared by the individual and is attached to this pleading.

Respectfully Submitted,

Gregory Mc Mahon
Asst. U.S. Attorney

300 East University Ave.
Gainesville, Florida
(352) 378-5440

Thomas E. Miller
Asst. Federal Public Defender

101 SE 2d. Place Suite 112
Gainesville, Florida

(352) 373-5823

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|
| IN THE CASE OF | | FOR | | | |
| _____ V.S. _____ | | AT | | | |

| PERSON REPRESENTED (Show your full name) | Christopher Quinn | 1 ☑ Defendant—Adult<br>2 ☐ Defendant - Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☐ Other | DOCKET NUMBERS<br>Magistrate<br><br>District Court<br>1:97CR37 MMP<br>Court of Appeals |
|---|---|---|---|
| CHARGE/OFFENSE (describe if applicable & check box →) | | ☑ Felony<br>☐ Misdemeanor | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment MAY 2005
- How much did you earn per month? $ 4/000
- If married is your Spouse employed? ☐ Yes  ☑ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: $ _____
  - SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: _____
  - DESCRIPTION: _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☑ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: MARISSA - daughter

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | | $ 400.00 |
| | Credit Cards | $ 10,000 + | $ 300 |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/15/05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/